### 2333.    HILL *v.* THE STATE.

POWELL, J.    The case is controlled by *Barnes* v. *State*, 3 *Ga. App.* 333 (59 S. E. 937), and *Harwell* v. *State*, 2 *Ga. App.* 613 (58 S. E. 1111). While the instruction complained of should not have been given, yet the nature of it was not such as to make it reversible error.

*Judgment affirmed.*

Accusation of cheating and swindling; from city court of Sparta —Judge Freeman presiding.    November 24, 1909.

Submitted January 13,—Decided January 21, 1910.

*R. H. Lewis,* for plaintiff in error.

*R. L. Merritt, solicitor,* contra.

---

### 2340.    WILLIAMS *v.* THE STATE.

POWELL, J.    The testimony makes it very clear that there was a burglary, and that the defendant was the burglar.    The requests to charge, so far as they were legal and pertinent, were fairly covered by the general charge.    No sufficient reason appears for reversing the judgment.

*Judgment affirmed.*

Indictment for burglary; from Bibb superior court—Judge Felton.    December 16, 1909.

Submitted January 13,—Decided January 21, 1910.

*Feagin & Urquhart,* for plaintiff in error.

*Walter J. Grace, solicitor-general,* contra.